**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**3:08CV440-W**

| | |
|---|---|
| **LONNIE SANDERS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **vs.** ) | |
| ) | **ORDER** |
| **PEPSI BOTTLING GROUP, LLC, et. al.,** ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

      **THIS MATTER** is before the Court on "Application for Admission to Practice Pro Hac Vice [of Leah M. Moore]" (document #13) filed January 16, 2009. For the reasons set forth therein, the Motions will be **GRANTED**.

      <u>All counsel are advised that local counsel must sign all documents submitted to the Court and as such are accountable for the substance of such submissions under Rule 11 of the Federal Rules of Civil Procedure.</u>

      The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; <u>and to the Honorable Frank D. Whitney</u>.

      **SO ORDERED**.           Signed: January 16, 2009

*Carl Horn, III*
_____

Carl Horn, III
United States Magistrate Judge