# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

**DOCKET NO. 3:08-cv-440-FDW**

| | |
|---|---|
| LONNIE V. SANDERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| PEPSI BOTTLING GROUP, LLC, ) | |
| ) | |
| Defendant. ) | |

THIS MATTER comes before the Court upon receipt of a Report of Mediation, advising the Court that the parties have reached a settlement of this case (Doc. No. 27). Therefore, this matter is DISMISSED subject to the right of either party to file a motion to reopen the case should settlement not be consummated within thirty (30) days hereof. The parties are directed to file their Stipulation of Dismissal on or before **June 29, 2009**.

IT IS SO ORDERED.  Signed: May 27, 2009

Frank D. Whitney
United States District Judge